No. 56. UNITED STATES v. REPUBLIC STEEL CORP. ET AL., 362 U. S. 482;

No. 111. SCHAFFER ET AL. v. UNITED STATES, 362 U. S. 511;

No. 164. LEVINE v. UNITED STATES, 362 U. S. 610;

No. 278. NEEDELMAN v. UNITED STATES, 362 U. S. 600;

No. 817. GENOVESE v. UNITED STATES, 362 U. S. 974;

No. 694, Misc. LAWYER v. UNITED STATES, 362 U. S. 977;

No. 732, Misc. MOORE v. UNITED STATES, ante, p. 813; and

No. 836, Misc. ANDERTEN v. UNITED STATES, ante, p. 808. Petitions for rehearing denied.

No. 813. LOCAL 24 OF THE INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, ET AL. v. OLIVER ET AL., 362 U. S. 605. Petition for rehearing denied. MR. JUS-TICE FRANKFURTER and MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 593, Misc. CROSS v. STATE BAR OF CALIFORNIA, 362 U. S. 991. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.